PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Edward Albanese**                    Docket No.  **10-0153-01**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **KELLY DOMINGUES,** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Edward Albanese**, who was placed under pretrial release supervision by the **Honorable Dennis M. Cavanaugh** sitting in the Court at 50 Walnut Street, Newark, New Jersey, on March 8, 2010, under the following conditions:

**1. $100,000 Unsecured Appearance Bond;**
**2. Pretrial Services supervision;**
**3. Travel restricted to New Jersey unless approved by Pretrial Services;**
**4. Surrender passport and do not obtain a new travel documents.**

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **the defendant to participate in substance abuse testing and/ or treatment as deemed appropriate by Pretrial Services.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this _19th_ day of _MARCH_ , _2010_ and ordered filed and made a part of the records in the above case. | Executed on _March 18, 2010_ |
| _Dennis M. Cavanaugh_ U.S. District Judge | _Kelly Domingues_ Kelly G. Domingues U.S. Pretrial Services |